UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-60026 |
| VERSUS | * | JUDGE HAIK |
| PATRICK CAMBRE | * | MAGISTRATE JUDGE HILL |

### ORDER REGARDING COMPETENCY

Considering the oral Motion of the government and the absence of opposition by the defendant;

**IT IS ORDERED** that the government's Motion is **granted** and accordingly, **Patrick Cambre** shall be committed to the custody of the Attorney General for a mental examination pursuant to Title 18 U.S.C. Sections 4241 and 4242, and a report shall be issued and returned to this Court pursuant to Title 18 U.S.C. Sections 4247(b) and (c) **within forty-five (45) days.**

Signed at Lafayette, Louisiana on September 12, 2007.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE